THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CURTIS SAUNDERS, individually and on behalf of similarly situated individuals, <br><br> *Plaintiff*, <br><br> v. <br><br> SUNRUN, INC. a Delaware corporation, <br><br> *Defendant*. | No. 19-cv-03127 <br><br> Hon. Harry D. Leinenweber |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Curtis Saunders hereby voluntarily dismisses this action without prejudice.

1. On April 2, 2019, Plaintiff filed his Class Action Complaint against Defendant SunRun, Inc. in the Circuit Court of Cook County, Illinois, Chancery Division, Case No. 2019-CH-04252.

2. On May 9, 2019 Plaintiff's case was removed to this Court by Defendant. (Dkt. 1.)

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an answer or a motion for summary judgment. Defendant has neither answered the Class Action Complaint filed by Plaintiff nor served a motion for summary judgment.

4. Accordingly, Plaintiff hereby voluntarily dismisses the action without prejudice as to all claims asserted by Plaintiff and the putative class.

2

Dated: July 26, 2019 Respectfully Submitted,

                                                MCGUIRE LAW, P.C.

                                                By:  /s/   Eugene Y. Turin

                                                Eugene Y. Turin
                                                Timothy P. Kingsbury
                                                MCGUIRE LAW, P.C.
                                                55 W. Wacker Drive, 9th Floor
                                                Chicago, Illinois 60601
                                                Tel: (312) 893-7002
                                                Fax: (312) 275-7895
                                                eturin@mcgpc.com
                                                tkingsbury@mcgpc.com

                                                *Attorneys for Plaintiff Curtis*
                                                *Saunders and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 26, 2019, I caused the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record

/s/   Eugene Y. Turin